| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| SIMON GREENSTONE PANATIER, PC<br>Leah C. Kagan, Esq.<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>Email: LKagan@sgpblaw.com<br>(214) 276-7680<br>(214) 276-7699<br>Attorneys for Plaintiffs<br><br>**SZAFERMAN, LAKIND,**<br>**BLUMSTEIN & BLADER, P.C.**<br>Arnold C. Lakind, Esq.<br>Robert E. Lytle, Esq.<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, N.J. 08648<br>Email: ALakind@szaferman.com<br>       RLytle@szaferman.com<br>Telephone: (609) 275-0400<br>Fax: (609) 275-4511 | Case No. 19-01403-KCF<br><br>Lead Case No: 19-10289-LSS<br><br>Chapter 11 |
| **In Re:**<br>**Imerys Talc America, Inc.** | Hearing Date: June 18, 2019 |
| **APRIL DEJESUS** and **EDWIN DEJESUS**,<br><br>                Plaintiffs,<br><br>                v.<br><br>**BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.);<br><br>**BRENNTAG SPECIALTIES, INC.** f/k/a MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.);<br><br>**COTY, INC.** and its subsidiary NOXELL CORPORATION, for its CoverGirl brand of products;<br><br>**CYPRUS AMAX MINERALS COMPANY** (sued individually, doing business as, and as successor to AMERICAN TALC COMPANY, METROPOLITAN | Judge: Hon. Kathryn C. Ferguson,<br>Chief Judge<br><br><br><br><br>**ORDER OF REMAND** |

2967583.1

| |
|---|
| TALC CO. INC. and CHARLES MATHIEU INC. and SIERRA TALC COMPANY and UNITED TALC COMPANY); |
| **IMERYS TALC AMERICA, INC.** (sued individually and as successor-in-interest to LUZENAC AMERICA, INC. successor-in-interest to CYPRUS INDUSTRIAL MINERALS COMPANY and WINDSOR MINERALS, INC. and METROPOLITAN TALC CO. INC.); |
| **JOHNSON & JOHNSON**; |
| **JOHNSON & JOHNSON CONSUMER INC.**, a subsidiary of JOHNSON & JOHNSON; |
| **NEW RUE21 LLC**; |
| **NOXELL CORPORATION** f/k/a NOXZEMA CHEMICAL COMPANY, for its CoverGirl brand of products, a subsidiary of COTY INC.; |
| **THE PROCTER & GAMBLE COMPANY** (sued individually and as successor-in-interest to NOXZEMA CHEMICAL COMPANY and its CoverGirl brand of products); |
| **RUE21, INC.**; |
| **WHITTAKER CLARK & DANIELS, INC.**; |
| **JOHN DOE CORPORATIONS 1-50** (fictitious); |
| **ENCHANTE ACCESSORIES INC.**, Defendants. |

This matter having been opened to the Court on behalf of Plaintiffs, on notice to counsel for Johnson & Johnson, and the Court having considered the papers submitted in support of and in opposition to the present Motion for Remand, as well as the arguments of counsel; and for good cause having been shown;

IT IS on this _____ day of _____, 2019,

2967583.1

ORDERED that Plaintiffs' Complaint be and is hereby remanded to the Superior Court of New Jersey, Middlesex County; and it is further

ORDERED that a copy of this Order be served on all counsel of record within seven days.

_____
Honorable Kathryn C. Ferguson, Chief Judge