# EXHIBIT 2

# SUPREME COURT OF NEW JERSEY

It is ORDERED that effective March 1, 2014 and until further Order, **Superior Court Judge Ana C. Viscomi** is hereby assigned to the Superior Court, Civil Division, Middlesex County (Vicinage 8).    This will amend the 2013-2014 General Assignment Order dated June 26, 2013.

/s/ Stuart Rabner

Chief Justice

Dated:   February 10, 2014