# EXHIBIT 6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Simon Greenstone Panatier, PC
Leach C. Kagan
1201 Elm Street, Suite 3400
Dallas, TX 75270
(214) 276-7680
(214) 276-76991

Order Filed on April 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:      __19-10289__

Adv. No.:      ___19-1189 _

In Re:

Imerys Talc America, Inc.

Hearing Date:    _5/14/19 at 11:00 a.m._

Judge:    _Kathryn C. Ferguson_

David Charles Etheridge and Darlene Pastore Etheridge

                                   Plaintiff(s)

v.

Brenntag North America, Inc., et al.

                                   Defendant(s)

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: April 26, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the application of ___Arnold C. Lakind, Esquire___ for the reduction of time for a hearing on __motion to remand_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___May 14, 2019___ at _11:00 a.m._ in the United States Bankruptcy Court, ___402 East State Street, Trenton, NJ 08608___, Courtroom No. __2__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _All parties to the within adversary proceeding_____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail  _____7_____ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*