| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **SIMON GREENSTONE PANATIER, PC**<br>Leah C. Kagan, Esq.<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>Email: LKagan@sgpblaw.com<br>(214) 276-7680<br>(214) 276-7699<br>Attorneys for Plaintiffs<br><br>**SZAFERMAN, LAKIND,**<br>  **BLUMSTEIN & BLADER, P.C.**<br>Arnold C. Lakind, Esq.<br>Robert E. Lytle, Esq.<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, N.J. 08648<br>Email: ALakind@szaferman.com<br>         RLytle@szaferman.com<br>Telephone: (609) 275-0400<br>Fax: (609) 275-4511 | Case No. 19-01403-KCF<br><br>Lead Case No: 19-10289-LSS<br><br>Chapter 11 |
| **In Re:**<br>**Imerys Talc America, Inc.** | Hearing Date: June 18, 2019 |
| **APRIL DEJESUS** and **EDWIN DEJESUS**,<br><br>Plaintiffs,<br><br>v.<br><br>**BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.);<br><br>**BRENNTAG SPECIALTIES, INC.** f/k/a MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.);<br><br>**COTY, INC.** and its subsidiary NOXELL CORPORATION, for its CoverGirl brand of products;<br><br>**CYPRUS AMAX MINERALS COMPANY** (sued individually, doing business as, and as successor to AMERICAN TALC COMPANY, METROPOLITAN | Judge: Hon. Kathryn C. Ferguson,<br>Chief Judge<br><br><br><br>CERTIFICATION<br>OF SERVICE |

TALC CO. INC. and CHARLES MATHIEU INC. and SIERRA TALC COMPANY and UNITED TALC COMPANY);

**IMERYS TALC AMERICA, INC.** (sued individually and as successor-in-interest to LUZENAC AMERICA, INC. successor-in-interest to CYPRUS INDUSTRIAL MINERALS COMPANY and WINDSOR MINERALS, INC. and METROPOLITAN TALC CO. INC.);

**JOHNSON & JOHNSON**;

**JOHNSON & JOHNSON CONSUMER INC.**, a subsidiary of JOHNSON & JOHNSON;

**NEW RUE21 LLC**;

**NOXELL CORPORATION** f/k/a NOXZEMA CHEMICAL COMPANY, for its CoverGirl brand of products, a subsidiary of COTY INC.;

**THE PROCTER & GAMBLE COMPANY** (sued individually and as successor-in-interest to NOXZEMA CHEMICAL COMPANY and its CoverGirl brand of products);

**RUE21, INC.**;

**WHITTAKER CLARK & DANIELS, INC.**;

**JOHN DOE CORPORATIONS 1-50** (fictitious);

**ENCHANTE ACCESSORIES INC.**,
　　　　　　　　　　Defendants.

John W. Kane, being of full age, hereby certifies:

　　　1.　　I am a Senior Paralegal for the law firm of Szaferman, Lakind, Blumstein & Blader, P.C., co-counsel for Plaintiffs in the above-captioned matter.

　　　2.　　On May 21, 2019, I electronically filed a Motion to Remand, Order to Remand, Certification of Leah Kagan and Supporting Brief.

2967583.1

3.  Attorney for Defendant Johnson and Johnson, who removed this matter, is listed on the CM/ECF website as receiving a copy of all electronic filings in this matter and has thus been served contemporaneous with the filing of the documents listed in number 2 above.

4.  On May 21, 2019, I sent via email one copy of the documents listed in number two above to all counsel on the attached list.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 5/21/2019

JOHN W. KANE

APRIL DEJESUS and EDWIN DEJESUS v. BRENNTAG NORTH AMERICA, INC. (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.), et al

DOCKET NO. MID-L- 6247 -18AS

COUNSEL MAILING LIST

LAST UPDATED: 5.6.19
ATTORNEY: REL                                   Our File: 84237.1

Robert E. Lytle, Esq.
Szaferman, Lakind, Blumstein & Blader P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
rlytle@szaferman.com
Ph:609-275-0400
Fx:609-275-4511
**\*Counsel for Plaintiffs\***

Leah Kagan, Esq.
Simon Greenstone Panatier, PC
1201 Elm Street, Suite 3400
Dallas, TX 75270
lkagan@sgpblaw.com
Ph: 214-276-7680
Fx: 214-276-7699
**\*Co-Counsel for Plaintiffs\***

Ronald E. Hurst, Esquire
Albert L. Piccerilli, Esquire
Montgomery McCracken Walker & Rhoads LLP
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220
Ph: 856-488-7700
Fx: 215-731-3636
apiccerilli@mmwr.com
rhurst@mmwr.com
mmwr_asbestos@mmwr.com
**Counsel for Brenntag North America, Inc.;
Brenntag Specialties, Inc.**

Donna duBeth Gardiner
McElroy Deutsch Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Ph: 973-993-8100
Fx: 973-425-0161
dgardiner@mdmc-law.com
Asbestos-NJ@mdmc-law.com
**Counsel for Coty, Inc.**

John C. McMeekin II, Esq.

Linda Dobbins, Esq.
Rawle & Henderson LLP
Widener Building
One South Penn Square
1339 Chestnut Street, 16th Floor
Philadelphia, PA 19107
Ph: 215-575-4200
Fx: 215-563-2583
ldobbins@rawle.com
jmcmeekin@rawle.com
NJAsbestos@rawle.com
**Counsel for Cyprus Amax Minerals
Company; and Imerys Talc America, Inc.**

John C. Garde, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Ph: 973-622-4444
Fax: 973-624-7070
jgarde@mccarter.com
**njasbestos@mccarter.com
NJTALC@mccarter.com
Counsel for Johnson & Johnson;
Johnson & Johnson Consumer, Inc.**

Vincent Lodato, Esq.
Beth Rose, Esq.
Sills Cummis & Gross
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Ph: 973-643-7000
Fx: 973-643-6500
brose@sillscummis.com
vlodato@sillscummis.com
**Counsel for Rue21, LLC; New Rue21; and
Enchante Accessories, Inc.**

2801270.1

<MKNJAsbestos@mkclaw.us.com>

H. Lockwood Miller, Esq.
Goldberg Segalla, LLP
1037 Raymond Blvd., Suite 1010
Newark, NJ 07102
Ph: 973-681-7012
Fx: 973-681-7101
njasbestosgroup@goldbergsegalla.com
hmiller@goldbergsegalla.com
etorres@goldbergsegalla.com
**Counsel for The Procter & Gamble Co., and Noxell Corporation**

Pooja R. Patel, Esq.
Charles M. McGivney, Esq.
Joel Clark, Esq.
McGivney, Kluger & Cook, P.C.
18 Columbia Turnpike, 3rd Floor
Florham Park, New Jersey 07932
Ph: 973-822-1110
Fx: 973-822-1116
*MKNJAsbestos@mkclaw.us.com*
*jclark@mkclaw.us.com*
*cmcgivney@mkclaw.us.com*
*ppatel@mkclaw.us.com*
***Counsel for Whittaker Clark & Daniels, Inc.***